UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LETTY S. CENIDOZA,<br><br>                    Plaintiff,<br>     v.<br><br>U.S. POST OFFICE,<br><br>                    Defendant. | Case No. C05-1190L<br><br>ORDER DIRECTING SERVICE BY MAIL |

       On July 1, 2005, plaintiff lodged a complaint in the above-captioned matter seeking unspecified relief for defendant's alleged failure to deliver an express mail package in a timely manner.  The Honorable Monica J. Benton, United States Magistrate Judge, granted plaintiff's motion for leave to proceed *in forma pauperis*.  Having reviewed plaintiff's complaint, the Clerk of Court is directed to send by registered or certified mail, return receipt requested, a copy of the summons, the Amended Complaint, and this Order to (a) Alberto Gonzales, the Attorney General of the United States in Washington, D.C., (b) John McKay, the United States Attorney in Seattle, (c) U.S. Postal Service, 475 L'enfant Plaza SW, Washington, D.C. 20260-0004, and (d) the civil process clerk of the United States Attorney for the Western District of Washington (pursuant to Fed. R. Civ. P. 4(i)(1)(C)).

       The government shall have **sixty (60) days** within which to file and serve an answer to the complaint or a motion permitted under Rule 12 of the Federal Rules of Civil

ORDER DIRECTING SERVICE BY MAIL

Procedure.

As of June 1, 2004, counsel are required to electronically file all documents with the Court. *Pro se* litigants may file either electronically or in paper form. Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov. Unless electronically filed, all original documents and papers submitted for consideration by the Court in this case, and a duplicate of all such papers, are to be filed with the Clerk of Court. The originals and copies of all such papers shall indicate in the upper right-hand corner the name of the Judge to whom the copies are to be delivered. The papers shall be accompanied by proof that such documents have been served upon counsel for the opposing party (or upon any party acting *pro se*). The proof shall show the day and manner of service and may be written acknowledgment of service, by certificate of a member of the bar of this court, or by affidavit of the person who served the papers.

Any request for court action shall be set forth in a motion, properly filed and served. The motion shall include in its caption (immediately below the title of the motion) a designation of the date upon which the motion is to be noted upon the Court's calendar for consideration. See Local Civil Rule 7(d). If a party fails to file and serve timely opposition to a motion, the court may deem any opposition to be without merit.

No direct communication is to take place with the Judge regarding this case. All relevant information and papers are to be electronically filed or directed to the Clerk of Court.

DATED this 20th day of October, 2005.

Robert S. Lasnik
United States District Judge

ORDER DIRECTING SERVICE BY MAIL           -2-